IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICK M. BRENNER, and
LISA M. BRENNER,

    Plaintiffs,

vs.                                                                 Civ. No.: 1:18-CV-00478 KG-KBM

THE BOARD OF COUNTY COMMISSIONERS
(COUNCILORS) FOR THE COUNTY OF LOS ALAMOS;
LOS ALAMOS COUNTY POLICE CHIEF
DINO SGAMBELLONE; LOS ALAMOS COUNTY
POLICE OFFICERS DOE 1 AND 2;
LOS ALAMOS COUNTY COUNCIL MEMBER JAMES
CHROBOCINSKI; LOS ALAMOS COUNTY COUNCIL
MEMBER SUSAN O'LEARY, both individually and
in their official capacity;

    Defendants.

## STIPULATED ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL

THIS MATTER came before the Court on the Unopposed Motion to Withdraw and Substitute Counsel pursuant to D.N.M. LR-Civ. 83.8. The Court, having reviewed the Motion, noting the consent of the affected parties to the requested withdrawal and substitution, and being otherwise fully informed finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the law firm of Ortiz & Zamora, Attorneys at Law, LLC (Tony Ortiz, Eugene (Geno) I. Zamora, Jessica R. Terrazas and Nicholas A. Govea) may withdraw as counsel of record for Defendants James Chrobocinski and Susan O'Leary in this matter.

IT IS FURTHER ORDERED that the law firm of YLAW, P.C. (Robert W. Becker and April D. White) may substitute as counsel of record for Defendants James Chrobocinski and Susan O'Leary in this matter.

1

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

YLAW, P.C.


*/s/ Robert W. Becker*_____
Robert W. Becker
April D. White
*Attorneys for Defendants Chrobocinski and O'Leary*
4908 Alameda Blvd. N.E.
Albuquerque, NM 87113-1736
(505) 266-3995
rbecker@ylawfirm.com
awhite@ylawfirm.com

Tony Ortiz
Eugene (Geno) I. Zamora
Jessica R. Terrazas
Nicholas A. Govea
ORTIZ & ZAMORA, ATTORNEYS AT LAW, LLC
Attorneys for Defendants
2011 Botulph Rd., Ste. 200
Santa Fe, NM 87505
(505) 986-2900
tony@ortiz-zamora.com
geno@ortiz-zamora.com
jessica@ortiz-zamora.com
nicholas@ortiz-zamora.com

Approved as to form by:

Approved via email on 7-17-18_____
A. Blair Dunn, Esq.
Western Agriculture, Resource & Business Advocates, LLP
*Attorneys for Plaintiffs*
400 Gold Ave. SW, Suite 1000
Albuquerque, NM 87102
abdunn@ablairdunn-esq.com