IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICK M. BRENNER, and
LISA M. BRENNER,

    Plaintiffs,

vs.                                            Civ. No. 18-478 KG/KBM

THE BOARD OF COUNTY COMMISSIONERS (COUNCILORS)
FOR THE COUNTY OF LOS ALAMOS;
LOS ALAMOS COUNTY POLICE CHIEF
DINO SGAMBELLONE; LOS ALAMOS COUNTY
POLICE OFFICERS DOE 1 AND 2;
LOS ALAMOS COUNTY COUNCIL MEMBER JAMES CHROBOCINSKI,
LOS ALAMOS COUNTY COUNCIL MEMBER MARY SUSAN O'LEARY
both *individually and in their official capacity*,

Defendants.

## FINAL ORDER OF DISMISSAL

    Having granted Defendants' Motion to Dismiss Plaintiff's [sic] Complaint for Failure to State a Claim (Doc. 13) by entering a Memorandum Opinion and Order contemporaneously with this Final Order of Dismissal,

    IT IS ORDERED that this lawsuit is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE